GAIL SHIFMAN, ESQ. (CSBN 147334)
LAW OFFICE OF GAIL SHIFMAN
423 Washington Street, Suite 600
San Francisco, CA 94111
Telephone: (415) 551-1500
Facsimile: (415) 551-1502
Email: gail@shifmangroup.com

Attorney for Defendant
DAVID GEORGE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID GEORGE,<br><br>Defendant. | CASE NO. CR-04-0083 EMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE |

The parties stipulate and agree to continue the date set for status on the Form 12 because of defense counsel's unavailability on the currently scheduled hearing date of September 23, 2015 which is Yom Kippur. The parties stipulate to continue the hearing until October 14, 2015 at 2:30 p.m.. The probation officer is available on the continued date.

**IT IS SO STIPULATED.**

Dated: September 21, 2015

LAW OFFICE OF GAIL SHIFMAN

By: _____*/s/ Gail Shifman*_____
Gail Shifman
Attorney for Defendant George

Dated: September 21, 2015      BRIAN J. STRETCH
                                       UNITED STATES ATTORNEY

                                       By:     */s/ Cynthia Frey*
                                       CYNTHIA FREY
                                       Assistant United Attorney

### [PROPOSED] **ORDER**

Based on the foregoing stipulation, **IT IS ORDERED** that the September 23, 2015 hearing on the Form 12 shall be vacated and continued until October 14, 2015 at 2:30 p.m.

Dated: September 23, 2015

_____
EDWARD M. CHEN
United States District Judge

-2-
**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING DATE**