```
GAIL SHIFMAN
Attorney at Law
2431 Fillmore Street
San Francisco, California 94115
Telephone (415) 551-1500
Facsimile:(415) 551-1502
Email: gail@shifmangroup.com

Attorney for Defendant
DAVID GEORGE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br>DAVID GEORGE,<br>　　　　Defendant._____/ | No. CR-04-0083 EMC<br><br>STIPULATION AND [~~PROPO~~SED] ORDER CONTINUING SUPERVISED RELEASE VIOLATION HEARING |

　　　The parties stipulate and agree that the supervised release hearing date currently set for December 7, 2016 shall be vacated and continued until January 11, 2017 at 2:30 p.m. for the reason that Defendant was recently released from the hospital and is recovering from medical treatment. The Probation Officer is in agreement with this continued hearing date.

IT IS SO STIPULATED.

Dated: December 5, 2016　　　　　　　　Dated: December 5, 2016

　　/s/ Gregg Lowder　　　　　　　　　　　　/s/ Gail Shifman

_____　　_____
GREGG LOWDER　　　　　　　　　　　　　　GAIL SHIFMAN
Assistant U.S. Attorney　　　　　　　Attorney for Defendant

1

DAVID GEORGE
[PROPOSED] ORDER

This matter having come before the Court upon the Stipulation of the parties, the Court being advised and good cause found,

IT IS ORDERED that the supervised release hearing date of December 7, 2016 shall be vacated and continued until January 11, 2017 at 2:30 p.m.

DATED: December __7__, 2016



_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

2