GAIL SHIFMAN, ESQ. (CSBN 147334)
LAW OFFICE OF GAIL SHIFMAN
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 551-1500
Facsimile: (415) 551-1502
Email: gail@shifmangroup.com

Attorney for Defendant
DAVID GEORGE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID GEORGE,<br><br>Defendant. | CASE NO. CR-04-0083 EMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE |

The parties stipulate and agree to continue the date set for status hearing on the Form 12 on the currently scheduled hearing date of July 12, 2017 to permit reasonable time for the defense to review recently produced discovery and to explore possible resolution. The parties stipulate to continue the hearing until September 6, 2017 at 2:30 p.m. The probation officer is available on the continued date.

**IT IS SO STIPULATED.**

Dated: July 10, 2017

                                              LAW OFFICE OF GAIL SHIFMAN

                                              By:    */s/ Gail Shifman*
                                                      Gail Shifman
                                                      Attorney for Defendant George

Dated: July 10, 2017

BRIAN J. STRETCH
UNITED STATES ATTORNEY

By: */s/ Gregg Lowder*
GREGG LOWDER
Assistant United Attorney

[PROPOSED] **ORDER**

Based on the foregoing stipulation and good cause shown,

**IT IS ORDERED** that the July 12, 2017 status hearing on the Form 12 shall be vacated and continued until September 6, 2017 at 2:30 p.m.

Dated: July 10 , 2017

_____
EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen