GAIL SHIFMAN, ESQ. (CSBN 147334)
LAW OFFICE OF GAIL SHIFMAN
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 551-1500
Facsimile: (415) 551-1502
Email: gail@shifmangroup.com

Attorney for Defendant
DAVID GEORGE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAVID GEORGE,<br><br>　　　　Defendant. | CASE NO. CR-04-0083 EMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE |

　　　The parties stipulate and agree to continue the date set for status hearing on the Form 12 on the currently scheduled hearing date of September 13, 2017 because of a scheduling conflict and to permit reasonable time for the defense to review discovery and to explore possible resolution. The parties stipulate to continue the hearing until September 20, 2017 at 2:30 p.m. The probation officer is available on the continued date.

**IT IS SO STIPULATED.**

Dated: August 21, 2017

　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF GAIL SHIFMAN

　　　　　　　　　　　　　　　　　　　　By: 　　*/s/ Gail Shifman*　　　　
　　　　　　　　　　　　　　　　　　　　　　　Gail Shifman
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant George

Dated: August 21, 2017

BRIAN J. STRETCH
UNITED STATES ATTORNEY

By:    */s/ Gregg Lowder*
GREGG LOWDER
Assistant United Attorney

[PROPOSED] **ORDER**

Based on the foregoing stipulation and good cause shown,

**IT IS ORDERED** that the September 13, 2017 status hearing on the Form 12 shall be vacated and continued until September 20, 2017 at 2:30 p.m.

Dated: August 31, 2017

_____
EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
Judge Edward M. Chen